Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

PATRICK LYNCH, as President of the Patrolmen's Benevolent Association of the City of New York, Inc., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted February 3, 2014; decided February 13, 2014

Motion by Sergeants Benevolent Association of the City of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

PATRICK LYNCH, as President of the Patrolmen's Benevolent Association of the City of New York, Inc., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted February 3, 2014; decided February 13, 2014

Motion by Uniformed Firefighters Association of Greater New York, Local 94, IAFF, AFL-CIO for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of NASIR LEVON L., an Infant. ASHLEY BERNADETTE B., Appellant; JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Respondent.

Submitted December 16, 2013; decided February 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.